

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2018

No. 04-18-00410-CV

Julian Javier **CARDOZA**,
Appellant

v.

**TEXAS DEPARTMENT OF PUBLIC SAFETY**,
Appellee

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 18-01-35159-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellant's brief was due on July 16, 2018. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed the brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant's written response must include a reasonable explanation for Appellant's failure to timely file the brief. *See* TEX. R. APP. P. 38.8(a).

**If Appellant fails to show cause as ordered, this appeal will be dismissed without further notice.** *See id.* R. 42.3(b), (c); *Elizondo*, 975 S.W.2d at 63.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court